UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA GRIFFIN, | ) CASE NO.: 2:12-cv-00737-PMP-RJJ |
| Plaintiff, | ) |
| vs. | ) |
| DREAMWORLD VACATION, LLC, d/b/a DREAMWORLD VACATION.COM d/b/a DREAMWORLD VACATION, INC. d/b/a VACATION INTERNATIONAL, TERRY FLEISCHER and THOMAS MITCHELL, | ) |
| Defendants. | ) |

### PROPOSED ORDER GRANTING MOTION TO RELIEVE ROBERT SPRETNAK FROM ATTENDANCE AT JULY 13, 2012 ENE SESSION

**WHEREAS,** upon consideration of the Plaintiff's motion to relieve Robert Spretnak, Esq. from attendance at the Early Neutral Evaluation session in this case, this Court finds that Mr. Spretnak need not attend the ENE session on July 13, 2012.

**THEREFORE, IT IS HEREBY ORDERED** that Robert Spretnak shall be relieved from the requirement to attend the ENE session on July 13, 2012.

DATED this 32yj day of Lxn{, 2012.

BY THE COURT: