

1    Kathleen M. Paustian (SBN: 3785)
      **GORDON & REES LLP**
2    3770 Howard Hughes Parkway, Suite 100
      Las Vegas, NV  89169
3    Telephone:  (702) 577-9300
      Facsimile:  (702) 255-2858
4    kpaustian@gordonrees.com

5    Attorneys For:  Defendant
      DREAMWORLD VACATION, LLC ET AL;
6    TERRY FLEISCHER AND THOMAS MITCHELL

7

               UNITED STATES DISTRICT COURT

8

             IN AND FOR THE DISTRICT OF NEVADA

9

10    SYLVIA GRIFFIN,                )   CASE NO: 2:12-cv-00737-PMP- RJJ
                                     )
11             Plaintiff,      )
                                       )
12       vs.                       )
                                       )   **STIPULATION AND ORDER FOR**
13    DREAMWORLD VACATION, LLC, d/b/a   )   **DISMISSAL OF ALL CLAIMS**
      DREAMWORLD VACATION.COM d/b/a   )   **WITH PREJUDICE**
14    DREAMWORLD VACATION, INC. d/b/a   )
      VACATION INTERNATIONAL, TERRY   )
15    FLEISCHER and THOMAS MITCHELL,   )
                                       )
16             Defendants.      )
                                       )

17

18         COME NOW, Plaintiff SYLVIA GRIFFIN ("Griffin"), by and through her undersigned

19    attorney, Giselle Brianceshi Schuetz, and Defendant DREAMWORLD VACATION, LLC,

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

-1-

1  TERRY FLEISCHER and THOMAS MITCHELL("Defendants"), by and through their attorney,

2  Kathleen M. Paustian, and stipulate to the dismissal, with prejudice of all claims, each party to

3  bear its own fees and costs.

4  DATED this 26 day of October, 2012          DATED this 6th day of ~~October~~, November 2012

5

6

7  LAW OFFICES OF JOSHUA FRIEDMAN          GORDON & REES LLP

8  By:                                      By:
9     Giselle Brianceshi Schuetz                 KATHLEEN M. PAUSTIAN
      *Admitted Pro Hac Vice*                    Nevada Bar No. 3785
10    LAW OFFICES OF JOSHUA                       GORDON & REES LLP
        FRIEDMAN                                  3770 Howard Hughes Parkway
11    1050 Seven Oaks Lane                        Suite 100
      Mamaroneck, NY  10543                       Attorneys for Defendants
12                                                DREAMWORLD VACATION, LLC, et
      Robert P. Spretnak, Esq.                    al; TERRY FLEISCHER and THOMAS
13    Nevada Bar No. 5135                         MITCHELL
      LAW OFFICES OF ROBERT P.
14      SPRETNAK
      8275 S. Eastern Avenue, Suite 200
15    Las Vegas, NV  89123
      Attorneys for Plaintiff SYLVIA
16    GRIFFIN

17

18

19

20

21

22          **ORDER**

23          IT IS SO ORDERED.

24

25          _____
            UNITED STATES DISTRICT COURT JUDGE
26
            Dated: _November 6, 2012._____
27

28

-2-

*Gordon & Rees LLP*
*3770 Howard Hughes Parkway Suite 100*
*Las Vegas NV, 89169*

DRVA/1074702/13875454.2