Kathleen M. Paustian (SBN: 3785)
**GORDON & REES LLP**
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
kpaustian@gordonrees.com

Attorneys For: Defendant
DREAMWORLD VACATION, LLC ET AL;
TERRY FLEISCHER AND THOMAS MITCHELL

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA GRIFFIN,<br><br>  Plaintiff,<br><br>vs.<br><br>DREAMWORLD VACATION, LLC, d/b/a DREAMWORLD VACATION.COM d/b/a DREAMWORLD VACATION, INC. d/b/a VACATION INTERNATIONAL, TERRY FLEISCHER and THOMAS MITCHELL,<br><br>  Defendants. | CASE NO: 2:12-cv-00737-PMP- RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

COME NOW, Plaintiff SYLVIA GRIFFIN ("Griffin"), by and through her undersigned attorney, Giselle Brianceshi Schuetz, and Defendant DREAMWORLD VACATION, LLC,

///
///
///
///
///
///
///
///
///

-1-

TERRY FLEISCHER and THOMAS MITCHELL ("Defendants"), by and through their attorney, Kathleen M. Paustian, and stipulate to the dismissal, with prejudice of all claims, each party to bear its own fees and costs.

DATED this 26 day of October, 2012                    DATED this 6th day of ~~October~~ November, 2012

LAW OFFICES OF JOSHUA FRIEDMAN                        GORDON & REES LLP

By: /s/ Giselle Brianceshi Schuetz                    By: /s/ Kathleen M. Paustian
Giselle Brianceshi Schuetz                            KATHLEEN M. PAUSTIAN
*Admitted Pro Hac Vice*                               Nevada Bar No. 3785
LAW OFFICES OF JOSHUA FRIEDMAN                        GORDON & REES LLP
1050 Seven Oaks Lane                                  3770 Howard Hughes Parkway
Mamaroneck, NY 10543                                  Suite 100
                                                      Attorneys for Defendants
Robert P. Spretnak, Esq.                              DREAMWORLD VACATION, LLC, et
Nevada Bar No. 5135                                   al; TERRY FLEISCHER and THOMAS
LAW OFFICES OF ROBERT P. SPRETNAK                     MITCHELL
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Attorneys for Plaintiff SYLVIA GRIFFIN

## ORDER

IT IS SO ORDERED.

/s/ Philip M. Pro
_____
UNITED STATES DISTRICT COURT JUDGE

Dated: November 6, 2012.